IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DANIEL ANDREW SPOTTSVILLE, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:04-CV-154 (CDL) |
| WILLIAM TERRY, Warden, | * |
| Respondent | * |

<u>ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on February 28, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of April, 2005.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
